# EXHIBIT E

## Janet

**From:** Chappell, Graham
**Sent:** Wednesday, December 08, 2010 7:12 AM
**To:** OConnor, John; greg@arht.org.nz
**Cc:** Koshansky, Bill; Homan, Lance; Agrippino, Anna
**Subject:** RE: Your Order 7727

Hi John: I understand our policy in not trusting customers. Cheers - Graham

**From:** OConnor, John
**Sent:** Tuesday, December 07, 2010 11:20 AM
**To:** Chappell, Graham; greg@arht.org.nz
**Cc:** Koshansky, Bill; Homan, Lance; Agrippino, Anna
**Subject:** RE: Your Order 7727

Graham / Greg

Please see attached final Pro forma invoice for your order – product is ready to ship as soon as funds arrive. Thank you.

Regards,

John O'Connor


**From:** Chappell, Graham
**Sent:** Tuesday, December 07, 2010 4:32 AM
**To:** OConnor, John
**Cc:** Koshansky, Bill; Homan, Lance
**Subject:** RE: Your Order 7727

Gentelmen:

Customer is anxious to get the goods. Greg was away last week, so that's why the delay. Make sure they have the correct bank details, and I'm sure they will send the funds immediately as Greg has told me he has the money and needs to spend it fast now.

REgards
Graham

**From:** Greg Brownson [greg@arht.org.nz]
**Sent:** Monday, December 06, 2010 3:18 PM
**To:** OConnor, John
**Cc:** Chappell, Graham; Koshansky, Bill; Homan, Lance
**Subject:** RE: Your Order 7727

Hi John

Please email urgently an invoice for the NVG's so I can make a TT payment today. I presume bank account details have not changed recently.

Regards
Lorraine

Graham. Merry Xmas to you and your family, we are approaching our busy time of the year so it is all go here at the moment. Had our 40th reunion last weekend. Hard to believe the service has been operating that long.   Lorraine


Greg Brownson
**Auckland Rescue Helicopter Trust**
P: +64 9 366 1124  F: +64 9 309 2122  M:021 2748 016
http://www.rescuehelicopter.org.nz


3/28/2014

**From:** OConnor, John [mailto:OConnor@transaeroinc.com]
**Sent:** Wednesday, 1 December 2010 4:19 a.m.
**To:** greg@arht.org.nz
**Cc:** Chappell, Graham; Koshansky, Bill; Homan, Lance
**Subject:** Your Order 7727
**Importance:** High

Greg

We have your order 7727 regard for shipment –(NVG's)  I need your CC information or how you wish to remit payment – I can get you a pro forma invoice if needed.  Product ready to ship today complete.  Please advise.  Thank you.  Total is $43017.55

**Regards,**

**John O'Connor**
Operations Manager
35 Melville Park Road
Suite 100
Melville, NY 11747
oconnor@transaeroinc.com
Main Phone: 631-752-1240
Direct Phone: 631-962-1521
**Transaeroinc.com**



T R A N S A E R O    delivering innovative technology

This email message may contain privileged, confidential, or proprietary information intended only for the use of the intended recipient.  If you are not the intended recipient of this email, you are hereby notified that any use, dissemination, distribution or reproduction of this email is prohibited.  If you received this email in error, please notify Transaero, Inc. immediately and delete this email and all attachments from your computer system.

3/28/2014

**Janet**

John:

You did nothing wrong.  Just me.  regards - Graham

**From:** OConnor, John
**Sent:** Wednesday, December 08, 2010 7:54 AM
**To:** Chappell, Graham
**Subject:** RE: Your Order 7727

Graham

Not sure I am understanding your point here.   Did I relay something I should not have – I simply emailed the PI as requested and reassured we could ship right away once funds received….

Regards,

John O'Connor

**From:** Chappell, Graham
**Sent:** Wednesday, December 08, 2010 7:12 AM
**To:** OConnor, John; greg@arht.org.nz
**Cc:** Koshansky, Bill; Homan, Lance; Agrippino, Anna
**Subject:** RE: Your Order 7727

Hi John:  I understand our policy in not trusting customers.  Cheers - Graham

**From:** OConnor, John
**Sent:** Tuesday, December 07, 2010 11:20 AM
**To:** Chappell, Graham; greg@arht.org.nz
**Cc:** Koshansky, Bill; Homan, Lance; Agrippino, Anna
**Subject:** RE: Your Order 7727

Graham / Greg

Please see attached final Pro forma invoice for your order – product is ready to ship as soon as funds arrive.  Thank you.

Regards,

John O'Connor

**From:** Chappell, Graham
**Sent:** Tuesday, December 07, 2010 4:32 AM
**To:** OConnor, John
**Cc:** Koshansky, Bill; Homan, Lance
**Subject:** RE: Your Order 7727

Gentelmen:

Customer is anxious to get the goods.  Greg was away last week, so that's why the delay.  Make sure they have the correct bank details, and I'm sure they will send the funds immediately as Greg has told me he has the money and needs to spend it fast now.

REgards
Graham

**From:** Greg Brownson [greg@arht.org.nz]
**Sent:** Monday, December 06, 2010 3:18 PM
**To:** OConnor, John
**Cc:** Chappell, Graham; Koshansky, Bill; Homan, Lance
**Subject:** RE: Your Order 7727

Hi John

Please email urgently an invoice for the NVG's so I can make a TT payment today. I presume bank account details have not changed recently.

Regards
Lorraine

Graham. Merry Xmas to you and your family, we are approaching our busy time of the year so it is all go here at the moment. Had our 40th reunion last weekend. Hard to believe the service has been operating that long.   Lorraine


Greg Brownson
**Auckland Rescue Helicopter Trust**
P: +64 9 366 1124  F: +64 9 309 2122  M:021 2748 016
http://www.rescuehelicopter.org.nz


**From:** OConnor, John [mailto:OConnor@transaeroinc.com]
**Sent:** Wednesday, 1 December 2010 4:19 a.m.
**To:** greg@arht.org.nz
**Cc:** Chappell, Graham; Koshansky, Bill; Homan, Lance
**Subject:** Your Order 7727
**Importance:** High

Greg

We have your order 7727 regard for shipment –(NVG's)  I need your CC information or how you wish to remit payment – I can get you a pro forma invoice if needed.  Product ready to ship today complete.  Please advise.  Thank you.  Total is $43017.55

**Regards,**

**John O'Connor**
Operations Manager
35 Melville Park Road
Suite 100
Melville, NY 11747
oconnor@transaeroinc.com
Main Phone: 631-752-1240
Direct Phone: 631-962-1521
**Transaeroinc.com**



T R A N S A E R O    delivering innovative technology




This email message may contain privileged, confidential, or proprietary information intended only for the use of the intended recipient. If you are not the intended recipient of this email, you are hereby notified that any use, dissemination, distribution or reproduction of this email is prohibited. If you received this email in error, please notify Transaero, Inc.

3/28/2014

immediately and delete this email and all attachments from your computer system.

3/28/2014

# EXHIBIT F

**Janet**

---

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Wednesday, July 22, 2009 3:00 AM
**To:** Agrippino, Anna
**Subject:** Australia: SFT Outstanding Invoice

Hello Anna:

Could you please go ahead and action this.  Regards - Graham

---

**From:** SETS [mailto:setsaus@bigpond.net.au]
**Sent:** Wednesday, 22 July 2009 10:07 AM
**To:** Chappell, Graham
**Subject:** Payment

Hi Graham,
Could you please ask Transaero accounts department to charge our VISA for
Inv 876118        $1142.83 USD
I thought we had already asked them to do this but it hasn't been charged yet?
Let me know if there are any problems.
Cheers
Fiona
SETS

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.20/2251 - Release Date: 07/21/09 18:02:00

3/28/2014

**Janet**

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Wednesday, August 19, 2009 9:08 PM
**To:** Agrippino, Anna
**Subject:** Australia: Customer account: SFT

Anna:

I hope all is fine and you have the funds that I have sent on behalf of IDT.

SFT have made the request shown below.

Kindly action

Regards

**Graham Chappell**
Regional Manager
T   +61 3 9537 2588
F   +61 3 9537 2688
M  +61 4 1437 2788

PO Box 6002 St Kilda Road Central
Melbourne 8008 Victoria
Australia
**transaeroinc.com**

 
T R A N S A E R O  delivering innovative technology

---

**From:** SETS [mailto:setsaus@bigpond.net.au]
**Sent:** Thursday, 20 August 2009 10:49 AM
**To:** Chappell, Graham
**Cc:** Savino, Constance
**Subject:** Payment

Hi Graham,
Could you please ask Transaero to take payment on our VISA for the following;
Inv 277946      $1,890.77 USD
Inv 277551      $368.48 USD
**TOTAL**          **$2,259.25**

Please ensure that the payment is made in ONE single amount as Transaero seem to take extra $$ each time they take payment. This would hopefully ensure they only take a single amount for a single payment.
Thanks for your assistance.
Regards
Fiona Ritchie
SETS

This email message may contain privileged, confidential, or proprietary information intended only for the use of the

3/28/2014

intended recipient. If you are not the intended recipient of this email, you are hereby notified that any use, dissemination, distribution or reproduction of this email is prohibited. If you received this email in error, please notify Transaero, Inc. immediately and delete this email and all attachments from your computer system.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.61/2314 - Release Date: 08/19/09 18:06:00

3/28/2014

Janet

**From:** sdrover@qantas.com.au on behalf of shrqssapqe@qantas.com.au
**Sent:** Sunday, August 23, 2009 8:43 PM
**To:** Agrippino, Anna
**Cc:** pcudmore@qantas.com.au; gdeveson@qantas.com.au; sbell@qantas.com.au; mgrosso@qantas.com.au; Chappell, Graham; DeWitt, Jack; lesleyjones@qantas.com.au; sdionys@qantas.com.au
**Subject:** Re: QA -Qantas Airways Ltd. Past Due Invoices
**Attachments:** TransaeroInvc 277303.PDF; TransaeroInvc 277083.PDF; Transaerolnvc 269247.PDF; TransaeroInvc 277026.PDF; TransaeroInvc 277505.PDF; Transaerolnvc 277502.PDF; Transaerolnvc 277609.PDF

Hi Anna

inv 277083 will be processed today

inv 269247    P/O Z000925801 (ER05) D/C $412.88 - Philip Cudmore

inv 277026    P/O S080618901 (ER31) goods rejected - Samantha Ball

inv 277505    P/O M037186101 (ER04) O/C $889.34 - Michael Grosso

Regards
Susan
Qantas Airways Ltd
QE Accounts Payable
ph: (02) 9691 5555
fax: (02) 9691 5418
email: shrqssapqe@qantas.com.au

SHR APHELPDESK
Sent by: Lesley LG005
Jones

To:     SHR QSSAPQE@QANTAS
cc:     "Chappell, Graham" <chappell@transaeroinc.com>, "DeWitt, Jack" <DeWitt@transaeroinc.com>, "sdionys@qantas.com.au" <sdionys@qantas.com.au>, "shraphelpdesk@qantas.com.au" <shraphelpdesk@qantas.com.au>

24/08/2009 09:19 AM

Subject:     Re: FW: QA -Qantas Airways Ltd.  Past Due Invoices Link

Good morning Anna

We have 3 of these invoices due to be paid on 30 August 09 they are 277303 277502 and 277609.

Hi Susan and Team

Please investigate what is happening with the rest of the invoices

Thank you
Lesley

"Agrippino, Anna" <Agrippino@transaeroinc.com>

To:     "shraphelpdesk@qantas.com.au" <shraphelpdesk@qantas.com.au>, "sdionys@qantas.com.au" <sdionys@qantas.com.au>
cc:     "Chappell, Graham" <chappell@transaeroinc.com>, "DeWitt, Jack" <DeWitt@transaeroinc.com>
Subject:     FW: QA -Qantas Airways Ltd. Past Due Invoices

21/08/2009 08:49 AM

The below invoices are past due on your account. Please advise when payment can be expected. I have attached copies for your review.

Regards,

Anna

Customer # QA       Qantas Airways Ltd.

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|-------|------|---------|----------|----------|----------|-----------|
| 269247 | Invo | 11/25/08 | 269247 | 4,350.00 | 412.88 | 4,762.88 |
| 277026 | Invo | 6/30/09 | 277026 | 4,474.20 | 7.75 | 4,481.95 |
| 277083 | Invo | 7/01/09 | 277083 | 200.00 | 8.45 | 208.45 |
| 277303 | Invo | 7/09/09 | 277303 | 2,138.00 | 7.75 | 2,145.75 |
| 277502 | Invo | 7/16/09 | 277502 | 9,792.00 | 460.36 | 10,252.36 |
| 277505 | Invo | 7/16/09 | 277505 | 4,979.00 | 889.34 | 5,868.34 |
| 277609 | Invo | 7/17/09 | 277609 | 100.00 | 8.14 | 108.14 |

3/28/2014

From: Agrippino, Anna
Sent: Tuesday, August 11, 2009 12:02 PM
To: 'ahzqphelpdesk@qantas.com.au'
Cc: Chappell, Graham
Subject: QA -Qantas Airways Ltd. Past Due Invoices
Importance: High

Please advise payment status for the below invoices. I have attached copies of the invoices for your review.

Thank you

Customer # QA        Qantas Airways Ltd.

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|-------|------|---------|----------|----------|----------|-----------|
| 269247 | Invc | 11/25/08 | 269247 | 4,350.00 | 412.88 | 4,762.88 |
| 277026 | Invc | 6/30/09 | 277026 | 4,474.20 | 7.75 | 4,481.95 |
| 277083 | Invc | 7/01/09 | 277083 | 200.00 | 8.45 | 208.45 |
| 277303 | Invc | 7/08/09 | 277303 | 2,138.00 | 7.75 | 2,145.75 |

Anna Agrippino

Accounts Receivable Coordinator

T631.962.1543

F631.577.4143

Agrippino@transaeroinc.com

Transaero, Inc.

35 Melville Park Road

Suite 100

Melville, NY, USA  11747

transaeroinc.com

 

T R A N S A E R O delivering innovative technology

Received: from jeannie-int-iis.transaeroinc.com (192.168.1.29) by christina-mail.transaero.local (192.168.1.43) with Microsoft SMTP Server id 8.1.340.0; Tue, 11 Aug 2009 11:57:22 -0400
Received: from Biscom (192.168.1.47) by jeannie-int-iis.transaero.local - Websense Email Security (6.1.1); Tue, 11 Aug 2009 11:57:22 -0400
From: "Agrippino, Anna" <Agrippino@transaeroinc.com>
To: "Agrippino, Anna" <Agrippino@transaeroinc.com>
Date: Tue, 11 Aug 2009 11:57:22 -0400
Subject: Transaero Invoice Number 3*7303
Message-ID: <12500062242.39928docflow>
Content-Type: multipart/mixed; boundary="_002_12500062423992docflow_"
Thread-Topic: Transaero Invoice Number 277303
Thread-Index: AcoscGnU1bspd/Qp8ZK8jz0hArjWew==
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Exchange-Organization-AuthSource: christina-mail.transaero.local
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-sef-zerohour-refid: vtr=0001.0A010209.4A819474.0017,v1=0,fqs=0
x-sef-7853d99-adf1-478a-8894-213d316b8ffa: 1

3/28/2014

x-ref-processed: 6_1_1_105__2009_06_11_11_57_22
x-sender: agrippino@transaeroinc.com
MIME-Version: 1.0

Please find the attached invoice: Transaero Invoice Number 277303 for your review

************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING
*************
****************** Confidentiality and Privilege Notice
******************

This e-mail is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you

Qantas Airways Limited
ABN 16 009 661 901

Visit Qantas online at http://qantas.com

*************************************************************************

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

## INVOICE

Qantas Airways Ltd.
Sold Financial Services
To: QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

277026   30-JUN-2009
Page   1

Marks

Ship Qantas Airways - MEL
To: C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer
Order No: SO60618901

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | | Order Date 30-JUN-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | | F.O.B. Point Factory/Origin | | Ship Via Fedex Econ Coll | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | V202-02 Seal Disc | 6 | 745.70 EACH | 0 | 6 | 4,474.20 |
| | | | Sub-total | | | $4,474.20 |
| | | | Inland F&H | | | $7.75 |
| | | | | | | -------- |
| | | | Total USD | | | $4,481.95 |

" Manufacturer's C of C Packed in Carton"
==========================================

NOTE: FAA Form 8130-3 packed in Carton
==========================================

Note: Customer Requires True Certified Copies
of all paperwork.

Customer Purchase Order number must appear in the reference
section of the airbill.

Material Manufactured in the USA

Newly Manufactured

FOR WIRE TRANSFER PAYMENTS:
TD Bank formerly Commerce Bank
5555 Merrick Road
Massapequa, New York  11758
Acct. No.: 7926919833
ABA Routing No.: 026013673
Swift Code: CBNAUS33

Resale Number PT-176177 on  a United States Export License May Be Required
Please remit by a check drawn on a U.S. bank in U.S. Dollars
This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

Transaero, Inc.
FSC Code 27541

*277026*

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

Our Reference Number
QA-232376

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

277026   30-JUN-2009
Page   2

Marks

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer Order No: SO60618901

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 30-JUN-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Fedex Econ Coll | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| | Terms Subject to Credit Limit | | | | | |
| | Carton#1 | | | | | |
| | GW-1 lbs. | | | | | |
| | 10 X 8X 6 | | | | | |
| | AWB# 980709520210 | | | | | |

Resale Number 11-1761717       United States Export License May Be Required

Please remit by a check drawn on a U.S. bank in U.S. Dollars

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*277026*

Transaero, Inc.
FSC Code 27541

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

**Packing Slip** / **Certificate of Conformance**

277026    30-JUN-2009
Page   1

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

This Sales Order is subject to Transaero's Sales Order Terms and Conditions; Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf. By placing an order, Buyer agrees to be bound thereby.

Customer Order No: SO60618901

| | | | |
|---|---|---|---|
| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 30-JUN-2009 | Code | Comp [XX] Part [ ] 1 |
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | Ship Via Fedex Econ Coll |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | V202-02<br>Seal Disc<br><br>Manufacturer: Valcor Engineering Corp.<br>Receiving (Traceability)#: 300754 - 6 | 6 | | 0 | 6 | |

Resale Number 11-1761717       United States Export License May Be Required

Transaero, Inc.

Certificate of Conformance

It is hereby certified that the items or materials covered by this document have been inspected, tested and conform to the approval specifications relative thereto. Applicable certifications and data are on file at our facility and are available for review on site.

Authorized Signature

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

Sold
To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

277083   01-JUL-2009
Page   1

Marks
ULTIMATE DESTINATION
AUSTRALIA

Ship
To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

M037087601

Customer
Order No: M07087601

These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

| Order Date | Code | | Comp | Part |
|---|---|---|---|---|
| 01-JUL-2009 | | | xx | 1 |

| Delivery Requested | Terms | F.O.B. Point | Ship Via |
|---|---|---|---|
| | Net 30 Days | Factory/Origin | Fedex Econ Coll |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | 235001-3 SPRING, TORSION | 25 | 8.00 EACH | 0 | 25 | 200.00 |
| | | | Sub-total | | | $200.00 |
| | | | Inland F&H | | | $8.45 |
| | | | Total USD | | | $208.45 |

" Manufacturer's C of C Packed in Carton"
=============================================

NOTE: FAA Form 8130-3 packed in Carton
=============================================

Note: Customer Requires True Certified Copies
of all paperwork.

Customer Purchase Order number must appear in the reference
section of the airbill.

Material Manufactured in the USA

Newly Manufactured

FOR WIRE TRANSFER PAYMENTS:
TD Bank formerly Commerce Bank
5555 Merrick Road
Massapequa, New York  11758
Acct. No.: 7926919833
ABA Routing No.: 026013673
Swift Code: CBNAUS33

Resale Number: 11-176137 on Print of States Export License May Be Required
Please remit by a check drawn on a U.S. bank in U.S. Dollars
This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

Transaero, Inc.
FSC Code 27541

*277083*

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

## INVOICE

277083   01-JUL-2009
Page   2

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

Marks
ULTIMATE DESTINATION
AUSTRALIA

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

M037087601

Customer Order No: M07087601

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | | Order Date 01-JUL-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|---|
| Delivery Requested | | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Fedex Econ Coll | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| | Terms Subject to Credit Limit | | | | | |
| | Carton#1 | | | | | |
| | GW-1 lbs. | | | | | |
| | 10 X 8X 6 | | | | | |
| | WSP | | | | | |
| | FEDEX COLLECT ACCT 106679347 | | | | | |
| | AWB# 980709520520 | | | | | |

Resale Number 11-1761717     **United States Export License May Be Required**

**Please remit by a check drawn on a U.S. bank in U.S. Dollars**

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*277083*

Transaero, Inc.
FSC Code 27541

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

Our Reference Number
QA-232427

**Packing Slip / Certificate of Conformance**

277083   01-JUL-2009
Page   1

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

Marks
ULTIMATE DESTINATION
AUSTRALIA

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

M037087601

This Sales Order is subject to Transaero's Sales Order Terms and Conditions; Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf. By placing an order, Buyer agrees to be bound thereby.

Customer
Order No: M07087601

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 01-JUL-2009 | Code | Comp XX | Part | 1 |
|---|---|---|---|---|---|

| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | Ship Via Fedex Econ Coll |
|---|---|---|---|

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | 235001-3
SPRING, TORSION

Manufacturer:  Driessen
Receiving (Traceability)#:  298788   -   25 | 25 | | 0 | 25 | |

Resale Number 11-1761717          United States Export License May Be Required          Transaero, Inc.

Certificate of Conformance

It is hereby certified that the items or materials covered by this document have been inspected, tested and conform to the approval specifications relative thereto. Applicable certifications and data are on file at our facility and are available for review on site.

Authorized Signature

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

## INVOICE

277303   09-JUL-2009
Page   1

**Sold To:**
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Quantas Airways
Sydney Austrailia
Order # S0602640

**Ship To:**
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer Order No: S060264001

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 06-MAY-2009 | Code | | Comp XX | Part 1 |
|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | Ship Via Fedex Econ Coll | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | V3411-03 Seat | 2 | 1,069.00 EACH | 0 | 2 | 2,138.00 |
| | | | Sub-total | | | $2,138.00 |
| | | | Inland F&H | | | $7.75 |
| | | | Total USD | | | $2,145.75 |

Newly Manufactured

" Manufacturer's C of C Packed in Carton"
=============================================

NOTE: FAA Form 8130-3 packed in Carton
=============================================

Note: Customer Requires True Certified Copies
of all paperwork.

Customer Purchase Order number must appear in the reference
section of the airbill.

Material Manufactured in the USA

FOR WIRE TRANSFER PAYMENTS:
TD Bank formerly Commerce Bank
5555 Merrick Road
Massapequa, New York  11758
Acct. No.: 7926919833
ABA Routing No.: 026013673
Swift Code: CBNAUS33

Resale Number 11-176157 on a United States Export License May Be Required
**Please remit by a check drawn on a U.S. bank in U.S. Dollars**
This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

Transaero, Inc.
FSC Code 27541

*277303*

# TRANSAERO, inc.

Our Reference Number
QA-370833

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

277303   09-JUL-2009
Page   2

Sold
To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Quantas Airways
Sydney Austrailia
Order # S0602640

Ship
To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer
Order No: S060264001

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 06-MAY-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|

| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | Ship Via Fedex Econ Coll |
|---|---|---|---|

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|

Terms Subject to Credit Limit

Carton#1
GW-1 lbs.
10 X 8X 6

FEDEX ACCT 106679347 WORK STOPPAGE
AWB# 980709521581

Resale Number 11-1761717          United States Export License May Be Required

Please remit by a check drawn on a U.S. bank in U.S. Dollars

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*277303*

Transaero, Inc.
FSC Code 27541

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

**Packing Slip** / **Certificate of Conformance**

277303   09-JUL-2009
Page   1

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Quantas Airways
Sydney Austrailia
Order # S0602640

Customer Order No: S060264001

This Sales Order is subject to Transaero's Sales Order Terms and Conditions; Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf. By placing an order, Buyer agrees to be bound thereby.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | | | Order Date 06-MAY-2009 | | Code | | Comp XX | Part |
| | | | | | | | | 1 |

| Delivery Requested | Terms Net 30 Days | | F.O.B. Point Factory/Origin | | | Ship Via Fedex Econ Coll | |
|---|---|---|---|---|---|---|---|

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | V3411-03<br>Seat<br><br>Manufacturer:  Valcor Engineering Corp<br>Receiving (Traceability)#:  303010    -  2 | 2 | | 0 | 2 | |

**Resale Number 11-1761717**   **United States Export License May Be Required**

Transaero, Inc.

**Certificate of Conformance**   It is hereby certified that the items or materials covered by this document have been inspected, tested and conform to the approval specifications relative thereto. Applicable certifications and data are on file at our facility and are available for review on site.

**Authorized Signature**

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

Our Reference Number
QA-232647

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

277609   17-JUL-2009
Page  1

Marks

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer Order No: S060715601

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 09-JUL-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Fedex Econ Coll | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | 12SN108C3 Poppet | 1 | 100.00 EACH | 0 | 1 | 100.00 |
| | | | Sub-total | | | $100.00 |
| | | | Inland F&H | | | $8.14 |
| | | | Total USD | | | $108.14 |

" Manufacturer's C of C Packed in Carton"
================================================

Note: FAA8130-3 With Original Signature To Be Included
      With The Shipment.

Note: Customer Requires True Certified Copies
of all paperwork.

Customer Purchase Order number must appear in the reference
section of the airbill.

"N.L.R."   No License Required.
================================================

Material Manufactured in the USA

Newly Manufactured

*** Continued on page  2 ***

Resale Number 11-1761717     United States Export License May Be Required
Please remit by a check drawn on a U.S. bank in U.S. Dollars
This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*277609*

Transaero, Inc.
FSC Code 27541

**Tel:** 631-752-1240
**SITA:** ISPTXCR
**Fax:** 631-752-1242

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

277609   17-JUL-2009
Page   2

Sold To: Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Ship To: Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer Order No: S060715601

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 09-JUL-2009 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | Ship Via Fedex Econ Coll | | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| | FOR WIRE TRANSFER PAYMENTS: TD Bank formerly Commerce Bank 5555 Merrick Road Massapequa, New York  11758 Acct. No.: 7926919833 ABA Routing No.: 026013673 Swift Code: CBNAUS33 | | | | | |
| | Terms Subject to Credit Limit | | | | | |
| | Carton#1 GW-1 lbs. 10 X 8X 6 | | | | | |
| | LOT # 132610 Ultimate Destination: Australia AWB# 980709523128 | | | | | |

Resale Number 11-1761717       United States Export License May Be Required

Please remit by a check drawn on a U.S. bank in U.S. Dollars

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*277609*

Transaero, Inc.
FSC Code 27541

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

Our Reference Number
QA-232647

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

**Packing Slip** / **Certificate of Conformance**

277609    17-JUL-2009
Page   1

Sold To:
Qantas Airways Ltd.
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia

Marks

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

This Sales Order is subject to Transaero's Sales Order Terms and Conditions; Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf. By placing an order, Buyer agrees to be bound thereby.

Customer Order No: S060715601

These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

| | | | | |
|---|---|---|---|---|
| Order Date | 09-JUL-2009 | Code | Comp Part | |
| | | | XX | 1 |

Delivery Requested

| Terms | F.O.B. Point | Ship Via |
|---|---|---|
| Net 30 Days | Factory/Origin | Fedex Econ Coll |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | 12SN108C3<br>Poppet | 1 | | 0 | 1 | |
| | Manufacturer: Allen Aircraft Products<br>Receiving (Traceability)#:  299568   -  1 | | | | | |
| | LOT # 132610 | | | | | |

Resale Number 11-1761717        United States Export License May Be Required

Transaero, Inc.

**Certificate of Conformance**

It is hereby certified that the items or materials covered by this document have been inspected, tested and conform to the approval specifications relative thereto. Applicable certifications and data are on file at our facility and are available for review on site.

Authorized Signature

**Janet**

ANNA AGRPPINO
9|8|09 — 9|6|11

| | |
|---|---|
| **From:** | Graham Chappell [chappell@transaeroinc.com] |
| **Sent:** | Tuesday, September 08, 2009 11:51 PM |
| **To:** | Agrippino, Anna |
| **Cc:** | Roxas, Pete |
| **Subject:** | FW: JHD - John Holland Aviation Svc Over Credit Limit/Past Due Invoices |

**Importance:** High

Anna:

Customer wondering why the Export License fee. I think we had to go out and get another export license at the time as they had lfet an aircraft type off the original license. That with explain it. Check with Pete or Tom.

The second one, they ordered Qty 10 so they expect to get the Qty 10 price even though they had a partial shipment of Qty 5.

REgards

**Graham Chappell**
Regional Manager
T +61 3 9537 2588
F +61 3 9537 2688
M +61 4 1437 2788

PO Box 6002 St Kilda Road Central
Melbourne 8008 Victoria
Australia
**transaeroinc.com**

 

**T R A N S A E R O** delivering innovative technology

---

**From:** Bernadette.Franklin@jhg.com.au [mailto:Bernadette.Franklin@jhg.com.au]
**Sent:** Wednesday, 9 September 2009 11:34 AM
**To:** Chappell, Graham
**Cc:** Agrippino, Anna
**Subject:** Fw: JHD - John Holland Aviation Svc Over Credit Limit/Past Due Invoices
**Importance:** High

Hi Graham,
In regards to the invoices below, as I mentioned to you Invoice 276607 is held up because of the $250.00 Export Licence fee.
This was not stated on any quote or correspondence received in relation to the order.
Also as discussed, the second invoice 276685 is overcharging us. I was sent quotes 373112 & 371899 & ended up ordering
10 at $341.28 ea. Only 5 have been shpd so far. Pls advise on both of these invoices.
I will speak with Kate & Ravinesh today to follow up on the balance of invoices & have someone get back to you & Anna asap.
Thks,

278813 Invc  8/25/09 278813     5,024.00        .00     5,024.00

Total:     61,995.01

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road
Suite 100
Melville, NY, USA  11747
transaeroinc.com

 

T R A N S A E R O  delivering innovative technology

This email message may contain privileged, confidential, or proprietary information intended only for the use of the
intended recipient.  If you are not the intended recipient of this email, you are hereby notified that any use, dissemination,
distribution or reproduction of this email is prohibited.  If you received this email in error, please notify Transaero, Inc.
immediately and delete this email and all attachments from your computer system.

This email and any information transmitted with it are confidential
and for use by the intended Addressee only.  The confidential
nature of the information is not waived, lost or destroyed by being
sent to you.

Use or dissemination of this information by a recipient other than
the intended Addressee may cause commercial loss or damage for which
you may become liable.

If you are not the intended Addressee of this email please immediately
contact the Sender and destroy this email.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.83/2353 - Release Date: 09/08/09 06:48:00

3/28/2014

Janet

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Monday, September 21, 2009 5:35 AM
**To:** Agrippino, Anna
**Cc:** DeWitt, Jack; Savino, Constance
**Subject:** RE: QA -Qantas Airways Ltd. Past Due Invoices

Anna:

Qantas has now cleared inv 277026 for payment. Their system rejects invoices that are not in line with the original amounts stated and the Accounts Payable await advice from the Technical Buyers. I'm following up on the other two tomorrow.

Regards

**Graham Chappell**
Regional Manager
T  +61 3 9537 2588
F  +61 3 9537 2688
M  +61 4 1437 2788

PO Box 6002 St Kilda Road Central
Melbourne 8008 Victoria
Australia
transaeroinc.com

 

T R A N S A E R O delivering innovative technology

---

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Thursday, 10 September 2009 5:57 AM
**To:** Chappell, Graham
**Cc:** DeWitt, Jack; Savino, Constance
**Subject:** RE: QA -Qantas Airways Ltd. Past Due Invoices

As of today, we have not received payment on the below invoices. Can you please assist?
I am going to have no other option then to put them on hold if no response from Qantas by Friday.

inv 269247    P/O Z000825801 (ER05) D/C $412.88 - ~~Philip Cudmore~~ Geoff Deveson

inv 277026    P/O S060618901 (ER31) goods rejected - Samantha Ball   OK

inv 277505    P/O M037186101 (ER04) O/C $889.34 - Michael Grosso

---

**From:** sdrover@qantas.com.au [mailto:sdrover@qantas.com.au] **On Behalf Of** shrqssapqe@qantas.com.au
**Sent:** Sunday, August 23, 2009 8:43 PM
**To:** Agrippino, Anna
**Cc:** pcudmore@qantas.com.au; gdeveson@qantas.com.au; sball@qantas.com.au; mgrosso@qantas.com.au; Chappell, Graham; DeWitt, Jack; lesleyjones@qantas.com.au; sdlonys@qantas.com.au
**Subject:** Re: QA -Qantas Airways Ltd. Past Due Invoices

Hi Anna

inv 277083 will be processed today

inv 269247    P/O Z000825801 (ER05) D/C $412.88 - Philip Cudmore

inv 277026    P/O S060618901 (ER31) goods rejected - Samantha Ball

inv 277505    P/O M037186101 (ER04) O/C $889.34 - Michael Grosso

Regards
Susan
Qantas Airways Ltd
QE Accounts Payable
ph: (02) 9691 5555
fax: (02) 9691 5418
email: shrqssapqe@qantas.com.au

| SHR APHELPDESK | | |
|---|---|---|
| Sent by: Lesley LG005 Jones | **To:** | SHR QSSAPQE@QANTAS |
| | **cc:** | "Chappell, Graham" <chappell@transaeroinc.com>, "DeWitt, Jack" <DeWitt@transaeroinc.com>, "sdionys@qantas.com.au" <sdionys@qantas.com.au>, "shrahelpdesk@qantas.com.au" <shrahelpdesk@qantas.com.au> |
| 24/08/2009 09:18 AM | **Subject:** | Re: FW: QA -Qantas Airways Ltd. Past Due Invoices Link |

Good morning Anna

We have 3 of these invoices due to be paid on 30 August 09 they are 277303 277502 and 277609.

Hi Susan and Team

3/28/2014

Please investigate what is happening with the rest of the invoices

Thank you
Lesley

"Agrippino, Anna" <Agrippino@transaeroinn.com>

21/08/2009 06:49 AM

To: "shraphelpdesk@qantas.com.au" <shraphelpdesk@qantas.com.au>, "sdionys@qantas.com.au" <sdionys@qantas.com.au>
cc: "Chappell, Graham" <chappell@transaeroinc.com>, "DeWitt, Jack" <DeWitt@transaeroinc.com>
Subject: FW: QA -Qantas Airways Ltd. Past Due Invoices

The below invoices are past due on your account. Please advise when payment can be expected. I have attached copies for your review.

Regards,

Anna

Customer # QA        Qantas Airways Ltd.

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|-------|------|---------|----------|----------|----------|-----------|
| 269247 | Invo | 11/25/08 | 269247 | 4,350.00 | 412.88 | 4,762.88 |
| 277026 | Invo | 6/30/09 | 277026 | 4,474.20 | 7.75 | 4,481.95 |
| 277083 | Invo | 7/01/09 | 277083 | 200.00 | 0.45 | 200.45 |
| 277303 | Invo | 7/09/09 | 277303 | 2,138.00 | 7.75 | 2,145.75 |
| 277502 | Invo | 7/16/09 | 277502 | 9,792.00 | 460.36 | 10,252.36 |
| 277505 | Invo | 7/16/09 | 277505 | 4,979.00 | 889.34 | 5,868.34 |
| 277609 | Invo | 7/17/09 | 277609 | 100.00 | 8.14 | 108.14 |

From: Agrippino, Anna
Sent: Tuesday, August 11, 2009 12:02 PM
To: 'shraphelpdesk@qantas.com.au'
Cc: Chappell, Graham
Subject: QA -Qantas Airways Ltd. Past Due Invoices
Importance: High

Please advise payment status for the below invoices. I have attached copies of the invoices for your review.

Thank you

Customer # QA        Qantas Airways Ltd.

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|-------|------|---------|----------|----------|----------|-----------|
| 269247 | Invo | 11/25/08 | 269247 | 4,350.00 | 412.88 | 4,762.88 |
| 277026 | Invo | 6/30/09 | 277026 | 4,474.20 | 7.75 | 4,481.95 |
| 277083 | Invo | 7/01/09 | 277083 | 200.00 | 0.45 | 200.45 |
| 277303 | Invo | 7/09/09 | 277303 | 2,138.00 | 7.75 | 2,145.75 |

Anna Agrippino

3/28/2014

Accounts Receivable Coordinator

T631.962.1543

F631.577.4143

Agrippino@transaeroinc.com

Transaero, Inc.

35 Melville Park Road

Suite 100

Melville, NY, USA  11747

transaeroinc.com

TRANSAERO delivering innovative technology

Received: from jeannie-int-iis.transaeroinc.com (192.168.1.29) by christine-mail.transaero.local (192.168.1.43) with Microsoft SMTP Server id 8.1.340.0; Tue, 11 Aug 2009 11:57:22 -0400
Received: from Biscom [192.168.1.47] by jeannie-int-iis.transaero.local - Websense Email Security [6.1.1]; Tue, 11 Aug 2009 11:57:22 -0400
From: "Agrippino, Anna" <Agrippino@transaeroinc.com>
To: "Agrippino, Anna" <Agrippino@transaeroinc.com>
Date: Tue, 11 Aug 2009 11:57:22 -0400
Subject: Transaero Invoice Number 277303
Message-ID: <1250006242.3992@docflow>
Content-Type: multipart/mixed; boundary="_002_12500062423992docflow_"
Thread-Topic: Transaero Invoice Number 277303
Thread-Index: AcoanGnU1Dgpd/QpSZK8jr0bA+jNew==
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Exchange-Organization-AuthSource: christine-mail.transaero.local
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-sef-zerohour-refid: vtr=0001.0A010209.4A819474.0017,vl=0,fgs=0
x-sef-7853d99-adf1-478e-8894-213d316b8ffa: 1
x-sef-processed: 6_1_1_105__2009_08_11_11_57_22
x-sender: agrippino@transaeroinc.com
MIME-Version: 1.0

Please find the attached invoice: Transaero Invoice Number 277303 for your review

*************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING
*************
****************** Confidentiality and Privilege Notice
******************

This e-mail is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you

Qantas Airways Limited
ABN 16 009 661 901

Visit Qantas online at http://qantas.com

*********************************************************************

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.88/2357 - Release Date: 09/09/09 17:50:00

Janet

| | |
|---|---|
| **From:** | Graham Chappell [chappell@transaeroinc.com] |
| **Sent:** | Tuesday, September 22, 2009 1:55 AM |
| **To:** | Agrippino, Anna |
| **Cc:** | Savino, Constance; DeWitt, Jack |
| **Subject:** | FW: Transaero Invoice Number 269247 |
| **Attachments:** | Transaeroinvc 269247.PDF |

Anna: One to go now. Cheers - Graham

**Graham Chappell**
Regional Manager
T  +61 3 9537 2556
F  +61 3 9537 2688
M  +61 4 1437 2785

PO Box 6002 St Kilda Road Central
Melbourne 8008 Victoria
Australia
transaeroinc.com

 

---

**From:** gdeveson@qantas.com.au [mailto:gdeveson@qantas.com.au]
**Sent:** Tuesday, 22 September 2009 8:31 AM
**To:** Chappell, Graham
**Subject:** Re: Transaero Invoice Number 269247

Hi Graham,
   Will add the Freight charge and the invoice should then pay.
In future just advise on the additional charges so the P/O can be changed to reflect same.

Kind Regards
Geoff Deveson
Controller Expendables Management
Qantas Engineering - Supply Chain
Office Phone :  61 3 92807799
Office Fax :     61 3 92807050
Mobile : 0421097703

"Chappell, Graham" <chappell@transaeroinc.com>          To  Geoff Deveson <gdeveson@qantas.com.au>
                                                        cc
21/09/2009 10:17 PM                                     Subject  Transaero Invoice Number 269247

Hello Geoff:

I trust all is going fine with you.

Can you kindly assist with this outstanding attached invoice?  It goes back some time.

As explained on the invoice, there is an extra charge due to the size of the item. Sydney Accounts payable say they have sent it through to Melbourne
for approval.

Is there any instruction as to what we should do in any future case such as this re the freight?


Regards

**Graham Chappell**
Regional Manager
T  +61 3 9537 2588
F  +61 3 9537 2688
M  +61 4 1437 2786

PO Box 6002 St Kilda Road Central
Melbourne 8008 Victoria
Australia
transaeroinc.com



3/28/2014

This email message may contain privileged, confidential, or proprietary information intended only for the use of the intended recipient. If you are not the intended recipient of this email, you are hereby notified that any use, dissemination, distribution or reproduction of this email is prohibited. If you received this email in error, please notify Transaero, Inc. immediately and delete this email and all attachments from your computer system.

*************** PLEASE CONSIDER OUR ENVIRONMENT BEFORE PRINTING
*************
******************* Confidentiality and Privilege Notice
*******************

This e-mail is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you

Qantas Airways Limited
ABN 16 009 661 901

Visit Qantas online at http://qantas.com

***************************************************************************

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.111/2386 - Release Date: 09/21/09 05:51:00

# TRANSAERO, inc.

Our Reference Number
QA-224399

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

269247   25-NOV-2008
Page   1

Sold To:
Qantas Airlines
Financial Services
QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

Marks
QANTAS AIRWAYS LTD.
MELBOURNE, AUSTRALIA
ORDER NUMBER: Z000825801
A.O.G.#: 30790

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer
Order No: Z000825801

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | | Order Date 01-OCT-2008 | Code | | Comp XX | Part | 1 |
|---|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Truck Prepaid | | | |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | S315A213-46 Blanket | 1 | 4,350.00 EACH | 0 | 1 | 4,350.00 |
| | | | Sub-total | | | $4,350.00 |
| | | | Freight | | | $412.88 |
| | | | | | | -------- |
| | | | Total USD | | | $4,762.88 |

" Manufacturer's C of C Packed in Carton"
=========================================

NOTE: FAA Form 8130-3 packed in Carton
=========================================

Note: Customer Requires True Certified Copies
of all paperwork.

Customer Purchase Order number must appear in the reference
section of the airbill.

Newly Manufactured

FOR WIRE TRANSFER PAYMENTS:
TD Bank formerly Commerce Bank
5555 Merrick Road
Massapequa, New York  11758
Acct. No.: 7926919833
ABA Routing No.: 026013673
Swift Code: CBNAUS33

*** Continued on page  2 ***

Resale Number 11-1761717        United States Export License May Be Required

Please remit by a check drawn on a U.S. bank in U.S. Dollars

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

*269247*

Transaero, Inc.
FSC Code 27541

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

# INVOICE

Sold To:
```
Qantas Airlines
Financial Services
QE-Accounts Payable,Locked Bag 5010
Mascot NSW 1460
Australia
```

Marks
```
QANTAS AIRWAYS LTD.
MELBOURNE, AUSTRALIA
ORDER NUMBER: Z000825801
A.O.G.#: 30790
```

Ship To:
```
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7
```

Customer Order No: Z000825801

| These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited | Order Date 01-OCT-2008 | Code | | Comp XX | Part | |
|---|---|---|---|---|---|---|
| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Truck Prepaid | | 1 |

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| | Terms Subject to Credit Limit | | | | | |
| | S/N 301441 04 | | | | | |
| |     AIRCRAFT ON GROUND | | | | | |
| |     ***************** | | | | | |
| |     A. O. G. #:  30790 | | | | | |
| |     ********************* | | | | | |

Due to oversized box we are unable to use Qantas Express account, we are shipping Federal Express LTL National Service,we are prepaying freight and adding to the invoice.

1 CARTON
DIM: 70X48X25"
GW: 67 LBS.
AWB# 1675116133

---

Resale Number 11-1761717          United States Export License May Be Required

**Please remit by a check drawn on a U.S. bank in U.S. Dollars**

This Sales Order is subject to Transaero's Sales Order Terms and Conditions;
Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf.
By placing an order, Buyer agrees to be bound thereby.

Transaero, Inc.
FSC Code 27541

*269247*

Tel: 631-752-1240
SITA: ISPTXCR
Fax: 631-752-1242

# TRANSAERO, inc.

Our Reference Number
QA-224399

35 Melville Park Road, Suite 100, Melville, New York, U.S.A. 11747

**Packing Slip** / **Certificate of Conformance**

269247   25-NOV-2008
Page   1

Sold To:
Qantas Airlines
Financial Services
QE-Accounts Payable, Locked Bag 5010
Mascot NSW 1460
Australia

Marks
QANTAS AIRWAYS LTD.
MELBOURNE, AUSTRALIA
ORDER NUMBER: Z000825801
A.O.G.#: 30790

Ship To:
Qantas Airways - MEL
C/O Qantas Cargo Export Dock
6555 W. Imperial Highway
Los Angeles, California 90045
Fedex Economy a/c # 1066 7934-7

Customer Order No: Z000825801

This Sale Order is subject to Transaero's Sales Order Terms and Conditions; Document #CF701-1 found at www.transaeroinc.com/salesorder.pdf. By placing an order, Buyer agrees to be bound thereby.

These commodities, technologies or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited

| | | |
|---|---|---|
| Order Date 01-OCT-2008 | Code | Comp [xx]  Part [ ]  1 |

| Delivery Requested | Terms Net 30 Days | F.O.B. Point Factory/Origin | | Ship Via Truck Prepaid | |
|---|---|---|---|---|---|

| Item | Part Number/Description | Quantity | Unit Price | Back Ordered | Shipped | Extension |
|---|---|---|---|---|---|---|
| 1 | S315A213-46 Blanket | 1 | | 0 | 1 | |
| | Manufacturer:  Darchem Engineering Receiving (Traceability)#:   299037   - 1 | | | | | |
| | S/N 301441 04 | | | | | |

Resale Number 11-1761717        United States Export License May Be Required

Transaero, Inc.

Certificate of Conformance

It is hereby certified that the items or materials covered by this document have been inspected, tested and conform to the approval specifications relative thereto. Applicable certifications and data are on file at our facility and are available for review on site.        Authorized Signature

## Janet

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Tuesday, December 15, 2009 8:09 PM
**To:** Agrippino, Anna
**Subject:** RE: order #236245 - cannot ship due to CC information

Anna:

This company is in fact a fully owned company of EUROCOPTER. I would not have any worries in giving them normal commercial terms. I'd have more worries if we thought we could not give one of the world's biggest helicopter manufacturers normal credit. They are easy to monitor for me. They used to have 30 days years ago.

Regards
Graham

---

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Wednesday, 16 December 2009 08:29
**To:** Kellerman, Katherine
**Cc:** Chappell, Graham
**Subject:** RE: order #236245 - cannot ship due to CC information

Katherine,

I'm not sure about changing this to Adv.

Graham,
Input please?

Regards,
Anna

---

**From:** Kellerman, Katherine
**Sent:** Tuesday, December 15, 2009 4:22 PM
**To:** McPartland, Jenna
**Cc:** Agrippino, Anna
**Subject:** FW: order #236245 - cannot ship due to CC information

Hi Jenna,
Please see below – they need a proforma invoice.   Total $2,137.75 + $25.00 WT fee = **$2,162.75**

Anna – Can you please change their terms from CC to ADV?  Thanks!

Please advise when WT arrives – I have the S/W up here – will need to change the order to reflect $25.00 WT fee as well.

Thanks!

3/28/2014

```
                                    Status:  Picked
Customer #:  XEBC   Australian Aerospace Ltd   Order #:  236245   Order
-------Ship-to--------------------   -Invoice----Date--  --Order-status--
Australian Aerospace Ltd                                  Order    11/12/09
616 Comper Street                                         Revised
Bankstown NSW 2200
Australia


Ref-#          Cus-PO-#           FOB/Commission   Ship-via/Acct#  Term Rep
XEBC-381941    492167/07          Factory/Origin   Fed Ex Col P#1   CC   AN
               SE  PS                              1728 1524 3
Totals:    1 Line   Order amt:   2,129.00  Misc amt:         .00
                    Ship amt:         .00  Sale tax:         .00
                    Sale amt:    2,129.00  Freight:          .00
                    Disc net:    2,129.00
                    Total:       2,137.75  Inland F&H       8.75
                                           Export lic        .00
Entered by:  Katherine Kellerman           Wire Xfer:        .00
```

Sincerely,
**Katherine Kellerman** x1524
**Purchasing Agent**
35 Melville Park Road
Suite 100
Melville, NY 11747
kellerman@transaeroinc.com
Main Phone: 631-752-1240
Direct Phone: 631-962-1524
Direct Fax: 631-962-4124
**Transaeroinc.com**



**From:** Angela Murphy [mailto:Angela.Murphy@ausaero.com.au]
**Sent:** Tuesday, December 15, 2009 4:07 PM
**To:** Kellerman, Katherine
**Subject:** FW: order #236245 - cannot ship due to CC information

Hi Katherine,

We have always paid by EFT.  Please forward pro-forma invoice and we will arrange payment before shipping.

Thanks and regards
**Angela Murphy**
**Logistics Co-ordinator**
**Civil Helicopters**
**AUSTRALIAN AEROSPACE LIMITED**
**616 Comper Street**
**Bankstown, NSW, 2200**
**Private Bag 51**
**Milperra, NSW, 1891**
Ph: (02) 9794 9922
Fx: (02) 9794 9944
Mb: Angela.murphy@ausaero.com.au
Web: www.ausaero.com.au

3/28/2014

**From:** Kellerman, Katherine [mailto:kellerman@transaeroinc.com]
**Sent:** Wednesday, December 16, 2009 1:49 AM
**To:** Angela Murphy
**Cc:** Agrippino, Anna; McPartland, Jenna
**Subject:** order #236245 - cannot ship due to CC information

Hi Angela,
We have your order ready to ship, but need updated credit card information. (see attached form)
Your other option would be to send a Wire Transfer for the total amount + $25.00 WT fee.(Jenna will have to send you a proforma invoice)
Please advise.

Thank you.


Sincerely,
**Katherine Kellerman** x1524
Purchasing Agent
35 Melville Park Road
Suite 100
Melville, NY 11747
kellerman@transaeroinc.com
Main Phone: 631-752-1240
Direct Phone: 631-962-1524
Direct Fax: 631-962-4124
**Transaeroinc.com**

 

**T R A N S A E R O** delivering innovative technology

This e-mail has been scanned for viruses by MCI's Internet Managed Scanning Services - powered by MessageLabs. For further information visit http://www.mci.com


This e-mail has been scanned for viruses by MCI's Internet Managed Scanning Services - powered by MessageLabs. For further information visit http://www.mci.com

3/28/2014

**Janet**

---

| | |
|---|---|
| **From:** | Graham Chappell [chappell@transaeroinc.com] |
| **Sent:** | Tuesday, December 15, 2009 8:16 PM |
| **To:** | Agrippino, Anna |
| **Subject:** | RE: MIS -Milspec Services Short Payment |

Hello Anna:

I suggest we set up all my customers as FOB Melville where possible. That's because we do not give them the inland freight charge when we quote. MILSPEC is a broker so they like any broker, have to reduce whatever margin they expected, when they see our extra charge for inland freight.

I do not know any other company in the world that gives a quoted price, then charges an extra amount when invoicing. This has caused us delays and extra work in getting paid over the years. So ideally, we invoice what we quote.

Cheers
Graham

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Wednesday, 16 December 2009 03:15
**To:** Chappell, Graham
**Subject:** MIS -Milspec Services Short Payment

Hi Graham,

The below customer short paid the inland freight charge. Should they be set up as Factory/Origin or Melville?

Regards,
Anna

Customer # **MIS**      **Milspec Services**

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|---|---|---|---|---|---|---|
| 280137 | Invc | 10/02/09 | 280137 | 341.46 | 7.75 | 349.21 |
| 281736 | Invc | 11/23/09 | 281736 | 5,070.00 | 8.75 | 5,078.75 |
| 282285 | Invc | 12/10/09 | 282285 | 130.00 | 7.75 | 137.75 |

Total:    **5,565.71**

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road
Suite 100
Melville, NY, USA  11747
**transaeroinc.com**

3/28/2014

 

| From: | Graham Chappell [chappell@transaeroinc.com] |
|---|---|
| Sent: | Wednesday, June 02, 2010 10:00 PM |
| To: | Agrippino, Anna |
| Cc: | Savino, Constance |
| Subject: | Australia: Statement from Transaero |

Good Morning:

Please note that I sent USD 20,700.00 today for Inv 286885 and it should have been USD20,959.47. The extra USD 259.47 will be added next time we make a transfer.

Regards

Graham

-----Original Message-----
From: Posting [mailto:posting@transaeroinc.com]
Sent: Thursday, 3 June 2010 06:34
To: Chappell, Graham
Subject: Statement from Transaero

Please find the attached statement: Statement from Transaero for your review

## Janet

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Wednesday, July 14, 2010 1:54 AM
**To:** Agrippino, Anna
**Subject:** RE: # IDT - International Aviation Past Due Invoices

Hi Anna:

Will be paying these within a week.

Note I paid invoice 289775 two weeks ago - earlier than required, and I had meant to pay 288679 at that time. For your information, 289775 was incomplete and Transaero only completed the order this week.  Whilst I understand you have a job to do to get the money, you should know that the customer had heaps of problems when dealing with TA;  TA would never pay a bill if the order was not in compliance or short shipped by mistake etc etc.

I just ask that you inform me when you put IDT ON HOLD because the last time no-one had the grace to inform me.

Regards - Graham

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Tuesday, 13 July 2010 00:43
**To:** Chappell, Graham
**Subject:** # IDT - International Aviation Past Due Invoices

Hi Graham,

Hope all is well with you. Can you please advise payment status for the highlighted invoices?

Thanks,
Anna

Customer # **IDT**      **International Aviation**

| Doc-# | Type | Doc-dte | Apply-to | Amount-1 | Amount-2 | Doc-total |
|-------|------|---------|----------|----------|----------|-----------|
| 288679 | Invc | 6/02/10 | 288679 | 20,571.84 | 45.28 | 20,617.12 |
| 289077 | Invc | 6/11/10 | 289077 | 250.00 | 13.00 | 263.00 |
| 289726 | Invc | 6/28/10 | 289726 | 3,700.00 | 10.00 | 3,710.00 |
| 289763 | Invc | 6/29/10 | 289763 | 3,140.00 | 19.16 | 3,159.16 |

Total:    **27,749.28**

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road

3/28/2014

Suite 100
Melville, NY, USA 11747
**transaeroinc.com**

 



## Janet

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Wednesday, August 11, 2010 8:26 AM
**To:** Agrippino, Anna
**Cc:** Kirk, Sean
**Subject:** RE: # SLL - Sisley Clothing Australia Account Update

Hello Anna: Can you advise the orders that have been shipped or released to Sisley. Regards - Graham

---

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Tuesday, 10 August 2010 01:11
**To:** Matthew Sisley
**Cc:** Chappell, Graham; Kirk, Sean
**Subject:** # SLL - Sisley Clothing Australia Account Update

Good Day Matt,

We have started to release some of your orders. Can you please advise on payment for the below invoice?

Regards,
Anna

Customer # **SLL**      **Sisley Clothing Australia**

| Doc-# Type | Doc-dte | Apply-to | Amount-1 | | Amount-2 | Doc-total |
|---|---|---|---|---|---|---|
| **289599 Invc** | **6/24/10** | **289599** | **2,025.00** | **.00** | **2,025.00** | |

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road
Suite 100
Melville, NY, USA  11747
**transaeroinc.com**

 

**T R A N S A E R O** delivering innovative technology

3/28/2014

**Janet**

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Friday, January 21, 2011 5:10 PM
**To:** Agrippino, Anna
**Cc:** Kirk, Sean
**Subject:** RE: # IDT - International Aviation Past Due Invoices

Hi Anna: Thanks for that info. Apparently Deutsche Bank in NY had the funds but did not have the value date to on-pay they say. Regards - Graham

---

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Saturday, 22 January 2011 4:40 AM
**To:** Chappell, Graham
**Cc:** Kirk, Sean
**Subject:** RE: # IDT - International Aviation Past Due Invoices

Received your payment today.

Have a great weekend.

---

**From:** Graham Chappell [mailto:chappell@transaeroinc.com]
**Sent:** Thursday, January 20, 2011 6:22 PM
**To:** Agrippino, Anna
**Cc:** Kirk, Sean
**Subject:** RE: # IDT - International Aviation Past Due Invoices

Anna:

Have chased up that payment, and been assured that it will be paid this week.

Regards
Graham

---

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Tuesday, 18 January 2011 8:26 AM
**To:** Chappell, Graham
**Cc:** Kirk, Sean
**Subject:** # IDT - International Aviation Past Due Invoices
**Importance:** High

Hi Graham,

Hope all is well with you. Can you please advise payment status for the below invoices in Red?

Thank you.

Customer # **IDT**      **International Aviation**

| Doc-# Type Doc-dte Apply-to | Amount-1 | Amount-2 | Doc-total |
|---|---|---|---|
| 900923 Cr m 11/04/10 280972 | 1,377.00CR | 1,102.00CR | 2,479.00CR |

3/28/2014

| | | | |
|---|---|---|---|
| 295197 Invc 11/05/10 295197 | 12,125.00 | 10.36 | 12,135.36 |
| 296280 Invc 12/03/10 296280 | 3,506.10 | 8.79 | 3,514.89 |
| 297680 Invc 1/11/11 297680 | 630.00 | 7.75 | 637.75 |

Total:     **13,809.00**

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road
Suite 100
Melville, NY, USA  11747
**transaeroinc.com**

 

3/28/2014

**Janet**

| | |
|---|---|
| **From:** | Graham Chappell [chappell@transaeroinc.com] |
| **Sent:** | Tuesday, November 01, 2011 11:12 AM |
| **To:** | Agrippino, Anna |
| **Subject:** | RE: Payment Update |

Hi Anna:

Just waiting for a bunch of payments to come in from the Government.  Will try to send all remaining soon.   Regards - Graham

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Wednesday, 2 November 2011 12:40 AM
**To:** Chappell, Graham
**Subject:** RE: Payment Update

Thank you Graham, we received the $19K yesterday.
Do you think the remainder will be paid this week?

**From:** Graham Chappell [mailto:chappell@transaeroinc.com]
**Sent:** Tuesday, November 01, 2011 9:33 AM
**To:** Agrippino, Anna
**Subject:** Payment Update

Hi Anna:

Have sent funds today as follows, and will advise when the remainder out-standings are sent.

Regards
Graham

# TRANSAERO  PAYMENT  31 OCT 2011

| | |
|---|---|
| 308495 | $3,133.77 |
| 309247 | $6,750.00 |
| 309249 | $3,000.00 |
| 309252 | $  762.05 |
| 309291 | $4,890.00 |
| 309494 | $1,409.08 |
| Total | $19,944.90 |

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]

3/28/2014

**Sent:** Saturday, 29 October 2011 12:28 AM
**To:** Chappell, Graham
**Subject:** RE: Payment Update
**Importance:** High

Hi Graham,

As of today, we have not received your payment or response.
Can you please let me know when this can be expected?

---

**From:** Agrippino, Anna
**Sent:** Monday, October 24, 2011 3:04 PM
**To:** Chappell, Graham
**Subject:** Payment Update
**Importance:** High

Hi Graham,

I hope all is well with you.

Can you please advise when we can expect payment for the balance due of $48K?

Regards,
Anna

```
View customer accounts         View by Appld          **** Transaero Inc ****
                                                        Today's Date: 10/24/11
Customer #  IDT          International Aviation         Terms: Net 30 Days
                                                   Avg days to pay: 37      (23)
Start date  "Earliest"                             Cr-limit: 30,000

   Doc-# Type Doc-dte Apply-to      Amount-1       Amount-2         Doc-total
   308495 Invc  8/30/11 308495        3,100.00         33.77          3,133.77
   309247 Invc  9/19/11 309247        6,750.00           .00          6,750.00
   309249 Invc  9/19/11 309249        3,000.00           .00          3,000.00
   309251 Invc  9/19/11 309251       14,283.99           .00         14,283.99
   309252 Invc  9/19/11 309252          762.05           .00            762.05
   309291 Invc  9/19/11 309291        4,890.00           .00          4,890.00
   309292 Invc  9/19/11 309292       10,700.00           .00         10,700.00
   309293 Invc  9/19/11 309293        3,146.38           .00          3,146.38
   309494 Invc  9/22/11 309494        1,149.61        259.47          1,409.08


Bfwd:        .00      CR-M:        .00    Total:       48,075.27
```

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road

3/28/2014

Suite 100
Melville, NY, USA  11747
**transaeroinc.com**

 

**Janet**

**From:** Graham Chappell [chappell@transaeroinc.com]
**Sent:** Wednesday, November 02, 2011 6:29 AM
**To:** Agrippino, Anna
**Subject:** RE: Payment Update IDT

Hi Anna:

Expect funds to cover **Inv: 309251 for $14,283.99** either Friday or next Monday.

That leaves $13,846.38 outstanding.

Regards
Graham Chappell

**From:** Agrippino, Anna [mailto:Agrippino@transaeroinc.com]
**Sent:** Saturday, 29 October 2011 12:28 AM
**To:** Chappell, Graham
**Subject:** RE: Payment Update
**Importance:** High

Hi Graham,

As of today, we have not received your payment or response.
Can you please let me know when this can be expected?

**From:** Agrippino, Anna
**Sent:** Monday, October 24, 2011 3:04 PM
**To:** Chappell, Graham
**Subject:** Payment Update
**Importance:** High

Hi Graham,

I hope all is well with you.

Can you please advise when we can expect payment for the balance due of $48K?

Regards,
Anna

```
View customer accounts        View by ApplId        **** Transaero Inc. ****
                                                    Today's Date: 10/24/11
Customer # IDT            International Aviation     Terms: Net 30 Days
                                                    Avg days to pay: 37      (23)
Start date  "Earliest"                              Cr-Limit: 30,000

     Doc-# Type Doc-dte Apply-to      Amount-1        Amount-2        Doc-total
308495 Invc 8/30/11 308495           3,100.00          33.77          3,133.77
309247 Invc 9/19/11 309247           6,750.00            .00          6,750.00
309249 Invc 9/19/11 309249           3,000.00            .00          3,000.00
309251 Invc 9/19/11 309251          14,283.99            .00         14,283.99
309252 Invc 9/19/11 309252             762.05            .00            762.05
309291 Invc 9/19/11 309291           4,890.00            .00          4,890.00
309292 Invc 9/19/11 309292          10,700.00            .00         10,700.00
309293 Invc 9/19/11 309293           3,146.38            .00          3,146.38
309494 Invc 9/22/11 309494           1,149.61         259.47          1,409.08




Bfwd:         .00        CR-M:              .00    Total:           48,075.27
```

**Anna Agrippino**
Accounts Receivable Coordinator
T 631.962.1543
F 631.577.4143
Agrippino@transaeroinc.com

**Transaero, Inc.**
35 Melville Park Road
Suite 100
Melville, NY, USA  11747
**transaeroinc.com**

 

T R A N S A E R O  delivering innovative technology

3/28/2014

# EXHIBIT G

**Janet**

| | |
|---|---|
| **From:** | Chappell, Graham |
| **Sent:** | Wednesday, December 08, 2010 7:10 AM |
| **To:** | Savino, Constance |
| **Cc:** | Enoma, Isoken |

**Subject:** RE: Australia: T & E Graham

Hi Connie:

Essentially I want the AUD funds into Australia and the USD funds to the US Bank. That way I don't lose on the exchange rates.

\regards
\graham

**From:** Savino, Constance
**Sent:** Tuesday, December 07, 2010 1:28 PM
**To:** Chappell, Graham
**Cc:** Enoma, Isoken
**Subject:** RE: Australia: T & E Graham

Hi Graham, the total of both was sent to Australia. If you have special instructions in the future please copy me on them.

Thanks, Connie

**From:** Enoma, Isoken
**Sent:** Tuesday, December 07, 2010 12:13 PM
**To:** Savino, Constance
**Subject:** FW: Australia: T & E Graham

Connie,

Not sure if Graham wanted two transfers. I guess it's too late now.

**From:** Sean Kirk [mailto:kirk@transaeroinc.com]
**Sent:** Tuesday, December 07, 2010 11:57 AM
**To:** Enoma, Isoken
**Subject:** FW: Australia: T & E Graham

**From:** Graham Chappell [mailto:chappell@transaeroinc.com]
**Sent:** Saturday, December 04, 2010 7:49 AM
**To:** Kirk, Sean
**Subject:** Australia: T & E Graham

Sean:

Attached find the AUD and USD T & E Summaries.

3/28/2014

Could I have the AUD sent to Australia please.

The Receipts are being faxed to you – as my scanner is having a very bad day and doesn't want to do the right thing.

Regrads

**Graham Chappell**

**Capital One Bank**

Money Transfer Detail Report
Report Date 10/25/10
Page 1 of 2

| Tracking Number | Type | Profile | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MT1029980004Z2 | Repetitive | Graham Chappell | 10/25/10 | 10/25/10 | TRANSAERO INC | Graham O Chappell | 00350694461 4 | USD 4,857.53 (Debit) | USD 4,857.53 (Credit) |
| | | | | | | | 7047321756 TRANSAERO, INC OPERATING | | |

35 MELVILLE
PARK RD SUITE
100

PO Box 6002
Melbourne 8008
Australia

**Party Info**

| By Order of Information | Sending Bank | Beneficiary Bank | Receiver FI | Intermediary Bank |
|---|---|---|---|---|
| | Capital One Eastern | Bank of America | | |
| | 021407912 | 063100277 | | |
| | 275 Broadhollow Road | | | |
| | | 1 Fleet Way | | |
| | | Scranton PA 18507 | | |

**Other Info**

| Additional Information | Bank To Bank Information | Payment Method | Payment Type | Contract Deal Number | Exchange Rate | Exchange Rate |
|---|---|---|---|---|---|---|
| SWIFT BOFAU3N | | Domestic East | Domestic East | | 1 Multiply | |

**Other Info**

| Priority | Code SREI | Payment Advice | Economic Code | Transaction Code | Instruction Code |
|---|---|---|---|---|---|
| Normal | | | | | |

**Status/History:**

This is an unaudited report and is for informational purposes only.

*Oct Fee 1300.00*
*Oct Exps 3657.53*
*4857.53*

**Status**
Delivered

| Tracking Number | Type | Profile | Value Date | Process Date | Sender Name | Beneficiary Name | Sending Account Number | Indicative Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| wf111028000587 | Repetitive | Intl Aviation | 1/28/11 | 1/28/11 | TRANSAERO INC<br>35 MELVILLE PARK RD SUITE 100 | International Aviation Services Pty<br>083189100616771 | 704732175 6 –<br>TRANSAERO, INC OPERATING | USD 3,486.43 (Debit) | USD 3,486.43 (Credit) |

**Type**
Non-Repetitive
Repetitive
Semi-Repetitive
Standing Order

**arty/info**
By Order of Information

| | Sending Bank | Beneficiary Bank | Receiver FI | Intermediary Bank |
|---|---|---|---|---|
| | Capital One Eastern<br>021407912<br>275 Broadhollow Road | Commonwealth of Australia<br>PO Box 6002<br>Melbourne 8008<br>Victoria Australia | 021000018 | |
| Total | | Acland Street<br>At Kilda 3182<br>Victoria Australia | | |

**Itkerinfo**
**Additional Information**
SWIFT CTBAAU2S

| Bank To Bank Information | Payment Method<br>GlobalComesp E | Payment Type<br>GlobalComesp E | Contract Deal Number | Exchange Rate | Exchange Rate<br>1 Multiply |
|---|---|---|---|---|---|

**Itkerinfo**
| Priority<br>Normal | Code SRET | Payment Advice | Economic Code | Transaction Code | Instruction Code | | | |
|---|---|---|---|---|---|---|---|---|

**tatus/History**

This is an unaudited report and is for informational purposes only.

# EXHIBIT H

# Expense Report
**Transcend Inc.**

Audited 10/25/10

12|11 · 202501 (IQ)

| Employee Name | Employee Number | Phone Number | Mail Stop | Bill To |
|---|---|---|---|---|
| Graham Chappell | Chappell | +61 3 9537 2898 | Melbourne, Aus | |
| **Reason for Expenditure** | C1249 | **Report Period** | | **Department** |
| October 2010 AUD | | 15/09/10 - 26/10/10 | | Melbourne Regional Office |

## Employee Paid Expenses (to be reimbursed)

| Expense | Date | Wednesday 15/09/10 | Tuesday 28/09/10 | Wednesday 29/09/10 | Friday 01/10/10 | Tuesday 05/10/10 | Monday 11/10/10 | Thursday 14/10/10 | Total |
|---|---|---|---|---|---|---|---|---|---|
| | City | St Kilda Road Central | St Kilda Road Central | St Kilda Road Central | St Kilda South | St Kilda | St Kilda South | St Kilda South | Australia-Dollar |
| | Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 Lodging/Room | | | | | | | | | |
| 4340 Breakfast | | | | | | | | | |
| 4240 Lunch | | | | | | | | | |
| 4240 Dinner | | | | | | | | | |
| 4250 Entertainment | | | | | | 90.00 | | | A$90.00 |
| 4220 Car Rental/Trans | | | | | | | | | |
| 4220 Mileage/Parking | | | | | | | | | |
| 4210 Airline Tickets | | | | | | 2.50 | 10.50 | | A$13.00 |
| 4340 Phone/Fax | | | | | | | | | |
| 4723 Postage/Shipping | | | | | | | | | |
| 4730 Office Supplies | | | | | | | | | |
| 4080 Training/Seminar | | | | | | | | | |
| 4740 Dues/Subscriptions | | | | | | | | | |
| 4780 Emp. Motivation | | | | | | | | | |
| 0090 Miscellaneous | | | | | | | | | |
| Foreign Total | | 7.50 | 4.59 | 37.90 | 18.25 | | | 11.35 | A$79.55 |
| Daily Total | | | | | | 92.50 | 10.50 | | A$102.85 |

## Company Paid Expenses

| Expense | Date | Wednesday 15/09/10 | Tuesday 28/09/10 | Wednesday 29/09/10 | Friday 01/10/10 | Tuesday 05/10/10 | Monday 11/10/10 | Thursday 14/10/10 | Total |
|---|---|---|---|---|---|---|---|---|---|
| | City | St Kilda Road Central | St Kilda Road Central | St Kilda Road Central | St Kilda South | St Kilda | St Kilda South | St Kilda South | Australia-Dollar |
| | Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 Lodging/Room | | | | | | | | | |
| 4220 Car Rental/Trans | | | | | | | | | |
| 4210 Airline Tickets | | | | | | | | | |
| 0000 Miscellaneous | | | | | | | | | |
| Foreign Total | | | | | | | | | |
| Daily Total | | | | | | | | | |

## Detailed Descriptions

| Date | Expense | Description | CC Foreign Amount | Amount |
|---|---|---|---|---|
| 15/09/10 | Postage + Freig | Manual to HMAS Stirling - Perth | | A$7.50 |
| 28/09/10 | Postage + Freig | Postage - Manual to Aust Safety Engineers - Perth | | A$4.55 |
| 29/09/10 | Postage + Freig | SEA samples to Tiger Attack Helicopter Proj Office | | A$37.90 |
| 01/10/10 | Postage + Freig | Return of Helmet | | A$18.25 |
| 05/10/10 | Parking | Dinner with Tori Wood - Westpac | | A$2.50 |
| 11/10/10 | Parking | Postage stamps | | A$10.50 |
| 14/10/10 | Postage + Freig | SEA hose to Swedish Office | | A$11.35 |

## Meals and Entertainment Detail

| Date | Place | Guest | Business Purpose | CC Foreign Amount | Amount |
|---|---|---|---|---|---|
| 05/10/10 | Leo's Spaghetti Bar | Tony Wood, Chief Crew, Westpac Greater Sydney Region | Gentex Helmets | | A$90.00 |

## Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|
| | | | | |

I certify that the information provided above is an accurate record of expenses incurred by me.

| Employee Signature | Date | | |
|---|---|---|---|
| Authorization Signature | Date 5 Oct de 10 | | |
| Authorization Signature | Date | | |

| | |
|---|---|
| Total Expenses: | A$3,381.33 |
| Less Company Paid: | A$.00 |
| Less Company Paid Personal: | A$.00 |
| Less Cash Advance: | A$.00 |
| Due Company: | |
| Due Employee: | A$3,381.33 |

#6152 = 619.09 ($578.11)     #6167 = 1,240.00 ($1157.93)

#6155 = 644.44 ($601.77)     #6190 = 787.80 ($735.66)

#6165 = 90.00 ($84.04)       A$ 3,381.33

# Expense Report
Transaero Inc.

| Employee Name | Employee Number | Phone Number | Mail Stop | Bill To |
|---|---|---|---|---|
| Graham Chappell | Chappell | +61 3 9537 2588 | Melbourne, Aus | |
| Reason for Expenditure | | Report Period | | Department |
| October 2010 AUD | | 18/09/10 - 26/10/10 | | Melbourne Regional Office |

## Employee Paid Expenses (to be reimbursed)

| Expenses | | Date | Friday 19/10/10 | Monday 18/10/10 | Monday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | City | Elsternwick | St Kilda South | Melbourne | East Bentleigh | Hartwell | Melbourne | South Melbourne | Australia Dollar |
| | | Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 | Lodging/Room | | | | | | | | | |
| 4240 | Breakfast | | | | | | | | | |
| 4240 | Lunch | | | | | | | | | |
| 4240 | Dinner | | | | | | | | | |
| 4250 | Entertainment | | | | | | | | | |
| 4220 | Car Rental/Trans | | | | | | | | | |
| 4220 | Mileage/Parking | | | | | | | | | |
| 4210 | Airline Tickets | | | | | | | | | |
| 4340 | Phone/Fax | | | | 619.09 | | | | | A$619.09 |
| 4723 | Postage/Shipping | | | | | | | | | |
| 4730 | Office Supplies | | | | | | | | | |
| 4060 | Training/Seminar | | | | | | | | | |
| 4740 | Dues/Subscriptions | | | | | | | | | |
| 4780 | Emp. Motivation | | | | | | | | | |
| 0000 | Miscellaneous | | 160.00 | 3.75 | | 235.00 | 787.80 | 73.10 23.00 | 1,060.00 | A$2,344.65 |
| Foreign Total | | | | | | | | | | |
| Mail Total | | | | | 290.00 | 787.80 | | | A$6,963.74 |

## Company Paid Expenses

| Expenses | | Date | Friday 19/10/10 | Monday 18/10/10 | Monday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Tuesday 26/10/10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | City | Elsternwick | St Kilda South | Melbourne | East Bentleigh | Hartwell | Melbourne | South Melbourne | Australia Dollar |
| | | Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 | Lodging/Room | | | | | | | | | |
| 4220 | Car Rental/Trans | | | | | | | | | |
| 4210 | Airline Tickets | | | | | | | | | |
| 0000 | Miscellaneous | | | | | | | | | |
| Foreign Total | | | | | | | | | | |
| Mail Total | | | | | | | | | | |

## Detailed Descriptions

| Date | Expense | Description | QP | Foreign Amount | Amount |
|---|---|---|---|---|---|
| 18/10/10 | Office Supplies | Toner x 2 for Laser Printer | | | A$180.00 |
| 18/10/10 | Postage + Freig | Sample SEA 2nd Stage box to Rotor-Lift - Hobart | | | A$5.75 |
| 23/10/10 | Tel Fax Interna | Bill# A927995 133-5 Office Coms | | | A$619.09 |
| 26/10/10 | Office Supplies | Technical Services for Computer | | | A$235.00 |
| 26/10/10 | Auto Expense | Automatic deduction for Monthly lease on office auto TXD 465 | | | A$787.80 On A |
| 26/10/10 | Auto Expense | RACV Road side emergency Service for TXD 845 Office Auto | | | A$73.00 |
| 26/10/10 | Advertising | Hell-News Advert | | | A$1,060.00 |

## Meals and Entertainment Detail

| Date | Place | Guest | Business Purpose | QP | Foreign Amount | Amount |
|---|---|---|---|---|---|---|

## Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|

I certify that the information provided above is an accurate record of expenses incurred by me.

| Employee Signature | Date | | | |
|---|---|---|---|---|
| Authorization Signature | Date 25 oct 2010 | Total Expenses: | A$3,381.23 | |
| | | Less Company Paid: | A$.00 | |
| Authorization Signature | Date | Less Company Paid Personal: | A$.00 | |
| | | Less Cash Advance: | A$.00 | |
| | | Due Company: | | |
| | | Due Employee: | A$3,381.23 | |

# Expense Report

Transaero Inc.

| Employee Name | Employee Number | Phone Number | Mail Stop | Bill To |
|---|---|---|---|---|
| Graham Chappell | Chappell | +61 3 9537 2888 | Melbourne, Aus | |
| Reason for Expenditure | | Report Period | | Department |
| October 2010 AUD | | 15/09/10 - 26/10/10 | | Melbourne Regional Office |

## Employee Paid Expenses (to be reimbursed)

| Expense | Date | Tuesday 16/10/10 | Tuesday 26/10/10 | | | | | | | | Total Australia Dollar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | City | St Kilda | Sydney | | | | | | | | |
| | Currency | Australia-A$ | Australia-A$ | | | | | | | | |
| 4230 | Lodging/Room | | | | | | | | | | |
| 4240 | Breakfast | | | | | | | | | | |
| 4240 | Lunch | | | | | | | | | | |
| 4340 | Dinner | | | | | | | | | | |
| 4250 | Entertainment | | | | | | | | | | |
| 4220 | Car Rental/Trans | | | | | | | | | | |
| 4220 | Mileage/Parking | 55.04 | | | | | | | | | A$55.04 |
| 4210 | Airline Tickets | | | | | | | | | | |
| 4340 | Phone/Fax | | | | | | | | | | |
| 4723 | Postage/Shipping | | | | | | | | | | |
| 4739 | Office Supplies | | | | | | | | | | |
| 4060 | Training/Seminar | | | | | | | | | | |
| 4740 | Dues/Subscriptions | | | | | | | | | | |
| 4750 | Emp. Motivation | | | | | | | | | | |
| 0000 | Miscellaneous | | 180.00 | | | | | | | | A$180.00 |
| Foreign Total | | | | | | | | | | | |
| Daily Total | | | | | | | | | | | A$235.04 |

## Company Paid Expenses

| Expense | Date | Tuesday 26/10/10 | Tuesday 26/10/10 | | | | | | Total Australia Dollar |
|---|---|---|---|---|---|---|---|---|---|
| | City | St Kilda | Sydney | | | | | | |
| | Currency | Australia-A$ | Australia-A$ | | | | | | |
| 4230 | Lodging/Room | | | | | | | | |
| 4220 | Car Rental/Trans | | | | | | | | |
| 4210 | Airline Tickets | | | | | | | | |
| 0000 | Miscellaneous | | | | | | | | |
| Foreign Total | | | | | | | | | |
| Daily Total | | | | | | | | | |

## Detailed Descriptions

| Date | Expense | | Description | CC Foreign Amount | Amount |
|---|---|---|---|---|---|
| 26/10/10 | Gas | Gas for Office Auto | | | A$55.04 |
| 28/10/10 | Office Supplies | Subscription to Aviation Newsletter | | | A$180.00 |

## Meals and Entertainment Detail

| Date | Place | Class | Business Purpose | CC Foreign Amount | Amount |
|---|---|---|---|---|---|

## Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|

## Export Label Summary

| Description | Amount |
|---|---|
| Dinner | A$90.00 |
| Gas | A$55.04 |
| Miscellaneous | A$2,804.10 |
| Parking | A$13.00 |
| Telephone | A$419.09 |
| Total | A$3,381.23 |

I certify that the information provided above is an accurate record of expenses incurred by me.

| Employee Signature | Date | | |
|---|---|---|---|
| Authorization Signature | Date 25 oct 2010 | Total Expenses | A$3,381.23 |
| | | Less Company Paid | A$.00 |
| Authorization Signature | Date | Less Company Paid Personal | A$.00 |
| | | Less Cash Advance | A$.00 |
| Accounts Account Codes | | Due Company | |
| | | Due Employee | A$3,381.23 |

## Graham Chappell 12/13 – 1/25/11

| 12/13 | Misc | 163.00 | Receipt |

| 12/16 | Misc | 94.80 | Receipt |

| 1/1 | Misc | 410.00 | 270.00 Receipt |
| | | | 140.00 Receipt |

| 1/10 | Mileage | 4.00 | Receipt |

| 1/14 | Lunch | 10.90 | Receipt |
| | Mileage | 72.09 | Receipt |
| | Misc | 1.45 | Receipt |

| 1/21 | Misc | 1,060.00 | Receipt |

| 1/24 | Misc | 787.80 | On File |

| 1/25 | Misc | 199.80 | Receipt |
| | Phone/Fax | 643.96 | Receipt |
| | Mileage | 59.36 | Receipt |

AUSTRALIA POST
ST KILDA ROAD CENTRAL          3004

Label Print   $4.55 x 1          $
TOTAL                          4.55 *
                              $4.55
Payment Tendered Details :
                 Cash         50.55
Payout Details :
                 Change       46.00-
* POST supplied, price includes GST.
GST on POST Taxable Supply :    0.41

ABN:28 864 970 579          TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
28/09/10 01/88272 dvw/d  381691 15:08

POSTBILLPAY -
ASK WHICH BILLS YOU CAN PAY HERE.

A/ST SAFETY ENEIS - MANUAR

CAT CLED : PINNJCK
ARH PC  ENE . SAMPLES

AUSTRALIA POST
ST KILDA ROAD CENTRAL          3004

         EFTPOS
545827-373  11/11
Credit Account
EFTPOS Tender                  37.90
TOTAL EFTPOS                    37.90
TRANSACTION APPROVED
MASTERCARD AFFINITY
29/09/10 01/002046 dya/d  381691 15:02

                                $
3.350 kg to Postcode 4007
EP Plat Prcl over 500g         37.80 *
GENERIC INTL SO:ST x 2          0.10
TOTAL                          $37.90
Payment Tendered Details :
              EFTPOS           37.90
* POST supplied, price includes GST.
GST on POST Taxable Supply :    3.44

ABN:28 864 970 579          TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
29/09/10 01/88485 dya/d  381691 15:02

AUSTRALIA POST
ST KILDA ROAD CENTRAL          3004

REGISTERED POST - SENDER TO KEEP
838808486012

SUBMARINE BRANCH.
HMAS STIRLING
SARBE 10
Manuals.

                                $
0.209 kg to Postcode 1405
Reg Parcel to 0.250 Kg          4.55 *
PPL REG POST x 1                2.95 *
TOTAL                          $7.50
Payment Tendered Details :
              Cash             7.50
* POST supplied, price includes GST.
GST on POST Taxable Supply :    0.68

ABN:28 864 970 579          TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
15/09/10 02/13235 bmy/b  381691 15:12

POSTBILLPAY -
ASK WHICH BILLS YOU CAN PAY HERE.

## A U S T R A L I A   P O S T
St KILDA SOUTH POST OFFICE        3182

EFTPOS
548827-373   11/11
Credit Account
EFTPOS Tender                  18.25
TOTAL EFTPOS                   18.25
TRANSACTION APPROVED
MASTERCARD AFFINITY
01/10/10 01/001339 11n/1   343505 15:03

                                  $
6.720 kg to Postcode 2036
Regular Parcel over 500g      15.30 *
PPL REG POST x 1               2.95 *
TOTAL                        $18.25
Payment Tendered Details :
            EFTPOS            18.25  ✓
* POST supplied, price includes GST.
GST on POST Taxable Supply :   1.66

ABN:28 864 970 579        TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
01/10/10 01/31350 11n/1   343505  15:02

POSTBILLPAY –
ASK WHICH BILLS YOU CAN PAY HERE.



PORT PHILLIP CITY COUNCIL
Jackson St - Meter 3JP01
EXPIRES
TU 05 OCT 10 10:29 PM
FEE PAID $02.50
ENTERED 05OCT 09:39PM
ABN 21 762 977 945 INCLUDES GST
PLACE ON DASH THIS SIDE UP

# Leo's Spaghetti Bar

55 Fitzroy St
St Kilda
Victoria 3182
Phone: +61 3 9534 5026 ; + 61 3 95254454
Fax:+61 3 95255135

## * TAX INVOICE *
ABN: 30312 187 896

2B scott
--------------------------------------
Check: 1009
Table: 14-1                    Guests: 1
        05-10-2010 09:41PM
--------------------------------------
           EAT IN
2   Gls Tollant Pinot Grigio 15.00
1   Corona                    7.00
1   E Fettucini Matrician    15.00
1   E Spaghetti Marinara     16.00
1   Greek Salad              11.00
2   Cake Special             17.00

    SUBTOTAL                 81.50
    GST                       7.40
TOTAL DUE                   $81.50  ✓
                 np          8.50
                            90.00

APPROVED               OB

## A U S T R A L I A   P O S T
St KILDA SOUTH POST OFFICE        5182

EFTPOS
543060-856   08/12
Credit Account
EFTPOS Tender                  10.50
TOTAL EFTPOS                   10.50
TRANSACTION APPROVED
CITIBANK MASTERCARD
11/10/10 01/001449 1aa/1   343505 15:57

                                  $
0.100 kg to Postcode 1405
Reg Parcel to 0.250 kg         4.55 *
PPL REG POST x 1               2.95 *
GEN-ST 60C x 5                 3.00 *
TOTAL                        $10.50
Payment Tendered Details :
            EFTPOS            10.50  ✓
* POST supplied, price includes GST.
GST on POST Taxable Supply :   0.95

ABN:28 864 970 579        TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
11/10/10 01/31994 1aa/1   343505  15:57

```
AUSTRALIA  POST
St KILDA SOUTH POST OFFICE         3182

0.101 kg                            $
 to SWEDEN
 Parcel (AIR MAIL)
TOTAL                             11.35
Payment Tendered Details :       $11.35
            Cash                  21.45
Payout Details :
            Change               10.10-
* POST supplied, price includes GST.
GST on POST Taxable Supply :      0.00

ABN:28 864 970 579          TAX INVOICE
14/10/10 02/26640 2hw/2   343505  16:51
```

```
EFTPOS FROM ST GEORGE

UNIVERSAL TONER
249 GLEN HUNTLY ROAD

ELSTERNWICK VIC 3185
MID: 01117233
TID: 09504242
---------------------------
OCT 15, 10              11:08
RRO:                  000645
ACCOUNT TYPE          CREDIT
MASTERCARD
A0000000041010
ANZ Bank
....   .......4373(c)

SALE      AUD       $180.00
2k Black Toner
---------------------------
APPROVED                00

APPROVAL CODE          930749
TC:    FB7A0E370609F6EF

CUSTOMER COPY
---------------------------
```

```
AUSTRALIA  POST
St KILDA SOUTH POST OFFICE         3182

                                    $
0.372 kg to Postcode 1405
 Reg Parcel to 0.500 Kg            5.80 *
 PPL REG POST x 1                  2.95 *
TOTAL                             $8.75
Payment Tendered Details :
            Cash                  20.00
Payout Details :
            Change               11.25-
* POST supplied, price includes GST.
GST on POST Taxable Supply :      0.80

ABN:28 864 970 579          TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
16/10/10 03/72852 3rm/3   343505  17:02
```

```
GAS - St.KILDA

          COLES EXPR
ST KILDA                    VIC AU
25/10/10                     14:52
37922754                    EX6101
***** 4373              MASTERCARD
ANZ Bank          AID A0000000041010
APSN 0300              ATC 0045
                    CREDIT ACCOUNT

PURCHASE             AUD$ 55.04

RRN 000001036070       (00)APPROVED
AUTH 418059
```

# Expense Report

## Transaero Inc.

204854    Audited 1/28/11

89/11

Mar 28 2014 1:10PM    HP LASERJET FAX

| Employee Name | Employee Number | Phone Number | Mail Stop | Bill To |
|---|---|---|---|---|
| Graham Chappell | Chappell | +61 3 9637 2588 | Melbourne, Aus | Department |
| Reason for Expenditure | I12CI | Report Period | | Melbourne Regional Office |
| January 2010 AUD | | 13/12/10- 25/01/11 | | |

## Employee Paid Expenses (to be reimbursed)

| Date | Monday | Thursday | Saturday | Monday | Friday | Friday | Friday | Total |
|---|---|---|---|---|---|---|---|---|
| City | Melbourne | South Melbourne | East Bentleigh | Melbourne | Port Melbourne | St Kilda | St Kilda South | Australia- Dollar |
| Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 Lodging/Room | | | | | | | | A$10.90 |
| 4240 Breakfast | | | | | 10.80 | | | |
| 4240 Lunch | | | | | | | | |
| 4240 Dinner | | | | | | | | |
| 4250 Entertainment | | | | | | | | A$76.05 |
| 4220 Car Rental/Trans | | | | | 4.00 | | 72.05 | |
| 4220 Mileage/Parking | | | | | | | | |
| 4210 Airline Tickets | | | | | | | | |
| 4340 Phone/Fax | | | | | | | | |
| 4723 Postage/Shipping | | | | | | | | |
| 4730 Office Supplies | | | | | | | | |
| 4080 Training/Seminar | | | | | | | 1.45 | A$669.28 |
| 4740 Dues/Subscriptions | | | | | | | | |
| 4790 Emp. Motivation | 165.00 | 34.80 | 410.00 | | | | | A$356.24 |
| 0000 Miscellaneous | | | | | | | | |
| Foreign Total | | | | | | | | |
| Daily Total | | 66.80 | 810.00 | | 4.60 | 10.80 | 72.05 | |

## Company Paid Expenses

| Date | Monday | Thursday | Saturday | Monday | Friday | Friday | Friday | Total |
|---|---|---|---|---|---|---|---|---|
| City | Melbourne | South Melbourne | East Bentleigh | Melbourne | Port Melbourne | St Kilda | St Kilda South | Australia- Dollar |
| Currency | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | Australia- A$ | |
| 4230 Lodging/Room | | | | | | | | |
| 4220 Car Rental/Trans | | | | | | | | |
| 4210 Airline Tickets | | | | | | | | |
| 0000 Miscellaneous | | | | | | | | |
| Foreign Total | | | | | | | | |
| Daily Total | | | | | | | | |

## Detailed Descriptions

| Date | Expense | Description | CC Foreign Amount | Amount |
|---|---|---|---|---|
| | | | | A$163.00 |
| 13/12/10 | Auto Expense | New Battery for Office Auto via RACV #006803 | | A$94.80 |
| 13/12/10 | Office Supplies | External Drive for Computer for Back-Up/ Plastic Folders #533586 | | A$270.00 |
| 01/01/11 | Office Supplies | Computer - re-format of hard disk due to instability | | A$140.00 |
| 01/01/11 | Office Supplies | Upgrade to Windows & from Vista. | | A$4.00 |
| 10/01/11 | Parking | Visit to Victoria Barracks - parking | | A$72.00 |
| 14/01/11 | Gas | Gas for Office Auto #006058 | | A$1.45 |
| 14/01/11 | Postage + Freig | Stamp > Army Oakey | | |

## Meals and Entertainment Detail

| Date | Place | Guest | Business Purpose | CC Foreign Amount | Amount |
|---|---|---|---|---|---|
| 14/01/11 | Cafe Port It | Matthew Holdsworth, Supervisor - Crew, AeroRescue | Aqua Lung SEA | | A$10.90 |

## Mileage Log

| Date | Description | Miles | Rate | Amount |
|---|---|---|---|---|
| | | #6167 = 1,060.00 ($1053.78) | | |

#6152 = 643.96 ($640.15)

#6155 = 1,004.50 ($998.56)    #6170 = 787.80 ($783.14)

#6165 = 10.90 ($10.84)

I certify that the information provided above is an accurate record of expenses incurred by me.

| | Total Expenses: | A$3,607.16 |
|---|---|---|
| Employee Signature    Date | Less Company Paid: | A$.00 |
| | Less Company Paid Personal: | A$.00 |
| Authorization Signature    Date 30 March 11 | Less Cash Advance: | |
| | Due Company: | |
| Authorization Signature    Date | Due Employee: | A$3,607.16 Expensable |

# Expense Report

**Transaero Inc.**

| | | | | |
|---|---|---|---|---|
| Employee Name | Employee Number | Phone Number | Mail Stop | Bill To |
| Graham Chappell | Chappel | +61 3 9537 2588 | Melbourne, Aus | Department |
| Reason for Expenditure | | Report Period | | Melbourne Regional Office |
| January 2010 AUD | | 13/12/10- 25/01/11 | | |

## Employee Paid Expenses (to be reimbursed)

| | | Friday | Monday | Tuesday | Tuesday | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 25/01/11 | 25/01/11 | | | | Australia- |
| | City | South | Melbourne | Easternwic k | Melbourne | St Kilda | | | |
| | | Melbourne | | | | | | | |
| | Currency | Australia- A$ | Australia- A$ | Australia-A$ | Australia-A$ | Australia- A$ | | | |
| 4230 | Lodging/Room | | | | | | | | |
| 4240 | Breakfast | | | | | | | | |
| 4240 | Lunch | | | | | | | | |
| 4240 | Dinner | | | | | | | | |
| 4250 | Entertainment | | | | | 88.36 | | | A$56.36 |
| 4220 | Car Rental/Trans | | | | | | | | A$643.96 |
| 4220 | Mileage/Parking | | | | 843.96 | | | | |
| 4210 | Airline Tickets | | | | | | | | |
| 4340 | Phone/Fax | | | | | | | | |
| 4723 | Postage/Shipping | | | | | | | | |
| 4730 | Office Supplies | | | | | | | | |
| 4080 | Training/Seminar | | | | | | | | A$2,047.80 |
| 4740 | Dues/Subscriptions | | | | | | | | |
| 4750 | Emp. Motivation | | | 169.90 | | | | | |
| 0000 | Miscellaneous | 3,060.00 | 787.80 | | | | | | |

## Company Paid Expenses

| | | Friday | Monday | Tuesday | Tuesday | Tuesday | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Report | 25/01/11 | 25/01/11 | | | Australia- |
| | City | South | Melbourne | Easternwic k | Melbourne | St Kilda | | | |
| | | Melbourne | | | | | | | |
| | Currency | Australia- A$ | Australia-A$ | Australia-A$ | Australia-A$ | Australia- A$ | | | |
| 4230 | Lodging/Room | | | | | | | | |
| 4220 | Car Rental/Trans | | | | | | | | |
| 4210 | Airline Tickets | | | | | | | | |
| 0000 | Miscellaneous | | | | | | | | |

## Detailed Descriptions

| Date | | Description | | Conversion Amount | Amount |
|---|---|---|---|---|---|
| | Advertising | For Half Color Page in RailNEWS | | | A$1,060.00 |
| 21/01/11 | Auto Expense | Monthly Auto Lease for Office Auto PUG 407 | | | A$767.80 OnFile |
| 24/01/11 | Office Supplies | Inv # 0117285 For two x Cartridges for Laser printer | | | A$199.80 |
| 25/01/11 | Tel Fax Interne | Office Phone #A 336 653 933-5 | | | A$643.96 |
| 28/01/11 | Gas | Gas for Office Auto #37922754 | | | A$56.36 |

## Meals and Entertainment Detail

| Date | Place | Guest | | Business Purpose | Conversion Amount | Amount |
|---|---|---|---|---|---|---|

## Mileage Log

| Date | Description | | Miles | Rate | Amount |
|---|---|---|---|---|---|

## Export Label Summary

| | Description | | | | Amount |
|---|---|---|---|---|---|
| | | | | | A$131.45 |
| Gas | | | | | A$10.90 |
| Lunch | | | | | A$2,716.85 |
| Miscellaneous | | | | | A$4.00 |
| Parking | | | | | A$643.96 |
| Telephone | | | | | A$3,507.16 |
| | | | | Total | A$3,507.16 |

I certify that the information provided above is an accurate record of expenses incurred by me.

| | |
|---|---|
| Total Expenses: | A$3,507.16 |
| Less Company Paid: | A$0.00 |
| Less Company Paid Personal: | A$0.00 |
| Less Cash Advance: | A$0.00 |
| Due Company | A$3,507.16 |
| Due Employee | Expendable |

| | Date |
|---|---|
| Employee Signature | |
| Authorization Signature | Date |
| Authorization Signature | Date |

GRAHAM CHAPPELL — JAN 2011

## RACV

Club Assist Pty Ltd
27 - 31 Latrobe Street Parkhale (Vic) Pty Ltd
Dandenong Sth, Vic 3175
ABN 46 062 903 370

**TAX INVOICE**

Job Details:
Battery Sale
DATE:          13 Dec. 2010
TIME:              18:33
INVOICE#:       00005424
JOB#:               307
JOB:               2159
DRIVER:            AROUND

CUSTOMER DETAILS

MR GRAHAM CHAPPEL
ST KILDA 3182
MEMBER#:         667805

POST-INSTALLATION CHECKS

VEHICLE STARTS:         Y
CHARGE VOLTS OK:        Y
TERMINALS CLEANED:      Y
RADIO WORKING:          Y
DRAW CURRENT:         0.04A
CHARGE VOLTAGE        14.40

SALE DETAILS

ITEM         #      AMOUNT

2502         1      148.18
GST Taxable Supply  14.82

        TOTAL        163.00

PAYMENT DETAILS

METHOD              AMOUNT

Mastercard         163.00
        TOTAL       163.00

WARRANTY
24 MONTHS (PRIVATE USE)

NOTES-DISCLAIMER ITEMS

Customer requests new battery.

Please refer to
handout for terms
and conditions.

---

AUSTRALIA POST
St KILDA SOUTH POST OFFICE        3182

                                    $
GENERIC INT ST$1.45 X 1           1.45
TOTAL                            $1.45
Payment Tendered Details :
                   Cash         2.00

Payout Details :
                 Change         0.55
* POST supplied, price includes GST.
GST on POST Taxable Supply :     0.00

ABN:28 864 970 579       TAX INVOICE

Use Registered Post if extra cover
against loss or damage is required.
14/01/11 03/82136 3hm/3   343506  16:50

POSTBILLPAY -
ASK WHICH BILLS YOU CAN PAY HERE.

---

COMMONWEALTH BANK
EFTPOS
RACV BATTERIES
DANDENONG SO VIC27
TERMINAL:         33740200
REFERENCE:         006503

CUSTOMER COPY

CARD NO:          4373(1)
PAN SEQ NO:          00
EXPIRY DATE:
AID:       A0000000041010
TVR:       0000048000
TSI:           E800
ATC:           0008?
TC:        BFBCA79378880A47

CREDIT
PURCHASE          $163.00
TOTAL      AUD    $163.00

13 DEC 2010        19:32
          ANZ Bank
AUTH NO.:         115364

---

## Officeworks

Officeworks Superstores Pty Ltd
ABN 36 004 763 526
Officeworks Sth Melbourne
231 Kings Way, South Melbourne
03 9693 7300
Phone Orders: 1300 OFFICE
www.officeworks.com.au

**CARTRIDGES (4)
PLANET ARK**

Drop your used ink and toner cartridges into
the CAPA box in this store to help reduce
waste and landfill

---------------------------------
            TAX INVOICE
---------------------------------

TSHDDBAGSR                         $9.80
INSYSTEM POCKET HDD BAG SILVER
WDAU100CBK                        $85.00
  WD 1TB ELEMENTS EXT HDD
                              ===========

TOTAL                         $94.80

EFTPOS           Paid           $94.80

            Officeworks
South Melbourne              VIC AU
16/12/10                      11:26
33565416                     030202
***** 4373                 MASTERCARD
ANZ Bank          AID A000000041010
APSN 0000                  ATC 0058
                     CREDIT ACCOUNT

PURCHASE                    AUD$ 94.80

RRN 000002004202          CODE/APPROVED
AUTH 533586
GST Included in Total         $8.62
* GST Free Item
---------------------------------
  Please retain your Tax Invoice for any
        returns or exchanges

        16/12/2010 11:27:16 302 2

# coles express

EUREKA OPERATIONS PTY LTD
ABN 78 104 811 216
EUREKA OPERATIONS PTY LT
ABN: 78 104 811 216
COLES EXPRESS ST. KILDA
126-134 BARKLY STREET
ST KILDA 3182

```
TERMINAL ID  EXB102          URN F444
             GST                  $
Unleaded     G PUMP 07
             53.84 L 141.9c/L   76.40+
             8.0c/L Discount     4.31-
                        Due     72.09
                        EFT     72.09
GST Included in the Transaction  6.55
```

14/01/11 11:50.03 2274
Receipt No.      005058
*** TAX INVOICE ***

***OFFICIAL RECEIPT***
9534 2787

---

10725
PORT PHILLIP CITY COUNCIL
Union Street - Meter UNP2
EXPIRES

# MO 10 JAN 11 02:15 PM

FEE PAID:$04:00
ENTERED 10JAN 12:55PM
ABN 21 762 977 945 INCLUDES GST
PLACE ON DASH THIS SIDE UP

---

COLES EXPR

```
ST KILDA                    VIC AU
28/01/11                    17:17
37922754                    EX6101
***** 4373             MASTERCARD
ANZ Bank        AID A000000041010
APSN 0000                 ATC 0075
                   CREDIT ACCOUNT

PURCHASE                 AUD$ 59.36

RRN 000001097740       (00)APPROVED
AUTH 973114
```

---

AEDLESCUE @ ARMY
JARRY HOLDSWORTH

CAFE PORT IT
A5 53 85 TURNER STREET
PORT MELBOURNE VIC 3207
PHONE 9646 1211
TAX INVOICE
ABN 22 010 155 417
DATE 14/01/2011 FRI  TIME 10:00

```
PLU1 T1                      $7.20
PLU1 T1                      $3.70
TOTAL                       $10.90
CASH                        $10.90
GST                          $0.99
CLERK 1        000088       00000
```